THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SAYLOR SUAZO, Appellant.

Submitted July 10, 2017; decided September 5, 2017

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 120 Wall Street, 28th Floor, New York, NY 10005 assigned as counsel to the appellant on the appeal herein.